*Law Office of*
PHILIP KIMBLE, P.C.
*Post Office Box 13288*
*Tucson, Arizona 85732*
*(520) 404-6144*
*pmtkimble@gmail.com*
*Arizona Bar Number: 009741*

Attorney for Defendant Victor Molina

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | CR 22-01370-TUC-RM (EJM) |
| Plaintiff, ) | |
| ) | |
| vs. ) | OBJECITON TO PRESENTENCE |
| ) | INVESTIGATION REPORT |
| Victor Alfonso Molina, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Victor Molina, through counsel undersigned, hereby objects to the Presentence Investigation Report for the reasons set forth below.

The Presentence Investigation Report calculates the total offense level to be 17. However, this calculation includes, in paragraph 24, a four-level enhancement pursuant to USSG §2K2.1(b)(6)(A) because Mr. Molina allegedly knew that the firearms he purchased would be transported out of the United States. The inclusion of that enhancement is not appropriate.

1

The justification for application of the enhancement is said to be that, "[c]ase reports reveal the defendant gave [co-defendant] Mendoza-Soto a bag containing four firearms and dropped him off at the shuttle to Mexico." This is a misrepresentation of the reports. The shuttle that Mr. Mendoza-Soto got into after collecting the guns from Mr. Molina was going to Nogales, Arizona, not Mexico.

On July 28, 2021, members of the Counter Narcotics Alliance (CNA) law enforcement group were conducting surveillance of businesses which it was suspected were being used by criminal organizations to transport contraband. ATF Agent Cornelius Gaines wrote in his report on that day's events:

> "While conducting surveillance one member of CNA observed a dark colored Chevy Silverado bearing Arizona license plate [omitted] arrive at the Sonora Shuttle located at 4201 S. 6th Ave. (Tucson, Arizona) and let a male passenger out. The male was observed to be wearing a maroon shirt, white hat and holding a black bookbag. Based on the behavior of the male observed by CNA members, a consensual encounter was conducted. During the interaction CNA members learned the male's name was Victor MENDOZA-SOTO (DOB: xx/xx/2000). MENDOZA-SOTO admitted to CNA members that he had four firearms inside his bookbag, and the firearms were to be transferred to an unknown person on Nogales, Arizona."

CNA Task Force member DEA Officer Hengsteler confirmed in his report that, "Medoza-Soto also informed [DEA Task Force] Sgt. Chamberlain that it was his intent to transport the handguns to an unknown person in Nogales, Arizona."

Victor Molina admits that he was the person driving the Chevy Silverado that dropped off Mendoza-Soto at the Sonora Shuttle office. However, he did not know

2

and had no reason to know that the guns he had provided to Mendoza-Soto were bound for anywhere other than someone in Nogales, Arizona. What Mendoza-Soto told the CNA agents is what he led Mr. Molina to believe as well.

There is no evidence to support the conclusion that Mr. Molina "possessed or transferred any firearm or ammunition with knowledge, intent, or reason to believe that it would be transported out of the United States," as asserted in paragraph 24. Accordingly, the adjusted offense level should be corrected to remove that enhancement.

RESPECTFULLY SUBMITTED: July 19, 2023

s/*Philip Kimble*

Philip Kimble
Attorney for Defendant Victor Molina